UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIRECTV, Inc., a California corporation,

    Plaintiff,

v.

DAVID CHOU,
    Defendant.
_____/

Case No. 6:03-CV-720-ORL-31-KRS

## ANSWER TO COMPLAINT

    COMES NOW the Defendant, **DAVID CHOU**, and respectfully Answers the Complaint filed herein, and would show:

1. Paragraph 1: without knowledge.
2. Paragraph 2: without knowledge.
3. Paragraph 3: without knowledge.
4. Paragraph 4: without knowledge.
5. Paragraph 5: without knowledge.
6. Paragraph 6: without knowledge.
7. Paragraph 7: without knowledge.
8. Paragraph 8: without knowledge.
9. Paragraph 9: without knowledge.
10. Paragraph 10: without knowledge.
11. Paragraph 11: without knowledge.
12. Paragraph 12: without knowledge.
13. Paragraph 13: without knowledge.
14. Paragraph 14: without knowledge.
15. Paragraph 15: without knowledge.
16. Paragraph 16: without knowledge.
17. Paragraph 17: without knowledge.
18. Paragraph 18: denies.
19. Paragraph 19: admit; paragraph 19 (a): admit.
20. Paragraph 20: denies.
21. Paragraph 21: denies.
22. Paragraph 22: without knowledge.

23. Paragraph 23: without knowledge.
24. Paragraph 24: without knowledge.
25. Paragraph 25; Defendant repeats and realleges all Answers contained in Paragraphs 1 through 24 as if set forth fully herein.
26. Paragraph 26: denies.
27. Paragraph 27: without knowledge.
28. Paragraph 28: denies.
29. Paragraph 29: Defendant repeats and realleges all Answers contained in Paragraphs 1 through 24 as if set forth fully herein.
30. Paragraph 30: denies.
31. Paragraph 31: without knowledge.
32. Paragraph 32: denies.
33. Paragraph 33: Defendant repeats and realleges all Answers contained in Paragraphs 1 through 24 as if set forth fully herein.
34. Paragraph 34: denies.
35. Paragraph 35: without knowledge.
36. Paragraph 36: denies.

**WHEREFORE:** having fully Answered the Complaint filed herein, the Defendant, **DAVID CHOU**, respectfully prays that this Court grant the following relief:

(1) Deny the Plaintiff's prayer for relief as contained in Paragraphs (1) through (5) of said Prayer as contained in the Complaint.

(2) Grant that this cause be set set for Jury Trial before this Honorable Court.

_____
David Chou
Defendant
1513 Canterbury Circle
Casselberry, FL  32707
407/ 695-1901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing documents have been furnished by Regular U. S. Mail this 12th day of July, 2003 to Viktoria Collins, Esq., STUMP, STOREY, CALLAHAN & DIETRICH, P. O. Box 3388, Orlando, FL 32802-3388, Attorneys for the Plaintiff, DIRECTV, Inc.

_____
David Chou, Defendant