FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

03 OCT 31 PM 3: 36

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

DIRECTV, Inc., a California corporation,

    Plaintiff,

v.

DAVID CHOU,

    Defendant.

Case No. 6:03-CV--720-ORL-31KRS

### STIPULATION FOR DISMISSAL

The parties hereto stipulate that all claims against DAVID CHOU should be dismissed with prejudice and without attorney's fees or costs to either party. The parties further stipulate that the subjoined order may be entered without further notice of presentation.

DATED: Oct. 27th, 2003.

**STUMP, STOREY, CALLAHAN,
& DIETRICH, P.A.**

By: _____
Viktoria Collins, Esquire
Florida Bar No. 0521299
Attorney for Plaintiff

By: _____
David Chou, Pro Se
Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIRECTV, Inc., a California corporation,

    Plaintiff,

v.

DAVID CHOU,

    Defendant.

Case No. 6:03-CV--720-ORL-31KRS

## ORDER FOR STIPULATION FOR DISMISSAL

**THIS MATTER** comes on regularly for consideration before the Court upon the stipulation of the parties. The Court is fully advised; **NOW, THEREFORE,**

**IT IS ORDERED** that all claims by and between Plaintiff and Defendant, **DAVID CHOU** shall be and hereby are dismissed with prejudice and without attorneys' fees or costs to either party.

DATED: _____, 2003.

                                **GREGORY A. PRESNELL**
                                **UNITED STATES DISTRICT JUDGE**